DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARMANDO GARCIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3101

[February 5, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2021-CF-002695-AXXX-MB.

Armando Garcia, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

*	*	*

***Not final until disposition of timely-filed motion for rehearing.***